IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **COREY BROADNAX,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:11-cv-2672-O |
| **UNITED STATES OF AMERICA,** | § | |
| Defendant. | § | |

**ORDER OF THE COURT ON CERTIFICATE OF APPEALABILITY**

This is a motion to correct, set aside, or vacate under 28 U.S.C. § 2255. Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), a Certificate of Appealability is hereby **DENIED**.

REASONS FOR DENIAL: For the reasons stated in the Court's Order Accepting Findings and Recommendation of the United States Magistrate Judge, which the Court hereby adopts and incorporates by reference, Petitioner has failed to demonstrate that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right. *See generally Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Morris v. Dretke*, 379 F.3d 199, 204 (5th Cir. 2004).

**SO ORDERED** on this **8th day** of **March, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**