IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3-07-CR-0265-O |
| | § | NO. 3-11-CV-2672-O |
| COREY BROADNAX | § | |
| | § | |
| Defendant. | § | |

## RECOMMENDATION REGARDING MOTION TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

A Notice of Appeal has been filed in the above captioned action in which:
( )  the District Court has entered a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.
(X)  the District Court has entered a final order in a proceeding pursuant to 28 U.S.C. § 2255.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the undersigned Magistrate Judge recommends as follows:

**IFP STATUS**:
(X)  the party appealing should be GRANTED leave to proceed *in forma pauperis*.
( )  the party appealing is proceeding *in forma pauperis*.
( )  the party appealing should be DENIED leave to proceed *in forma pauperis* for the following reason(s):
   ( )  the Court recommends that the District Court certify, pursuant to Fed. R. App. P. 24(a) and 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith;
   ( )  the person appealing is not a pauper because he has paid the appellate filing fee;
   ( )  the person appealing has not complied with the requirements of Rule 24 of the Federal Rules of Appellate Procedure and/or 28 U.S.C. § 1915(a)(1) as ordered by the Court. (See Notice of Deficiency and Order entered on _____ _____).

SIGNED this 2nd day of April, 2012.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE