**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **COREY BROADNAX,** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § | **Civil Action No. 3:11-cv-2672-O** |
| **UNITED STATES OF AMERICA,** | § § § | |
| **Defendant.** | § § § | |

## ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Before the Court is the Magistrate Judge's Recommendation Regarding Motion to Proceed In Forma Pauperis on Appeal (ECF No. 16).  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that:

( **X** )   The application for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 is **GRANTED.**

(    )   The application  for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 is **DENIED** for the following reasons:
   (   )   The party appealing is not a pauper.
   (   )   The party appealing has not complied with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2);
   (   )   The party appealing is barred from proceeding *in forma pauperis* on appeal because of the "three strikes" rule of 28 U.S.C. § 1915(g).
   (   )   Pursuant to 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the Court certifies that the appeal is not taken in good faith.

**SO ORDERED** on this **3rd day** of **April, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**